**Jacob A. LAMBERT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76652.**

Missouri Court of Appeals,
Western District.

June 17, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied July
23, 2014.

Jacob Lambert, Bowling Green, MO, Appellant Acting Pro Se.

Robert Bartholomew, Jr., Jefferson City, MO, for Respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Mr. Jacob A. Lambert appeals the denial of a Rule 29.15 post-conviction relief motion. He claims that trial counsel was

ineffective for failing to investigate the codefendant and obtain a statement. He also claims that he was entitled to a new trial based on newly discovered evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).